UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VAN JENKINS**, <br><br> Plaintiff, <br><br> vs. <br><br> **KATHLEEN MUTSCHLER, ET AL.**, <br><br> Defendants. | 2:21-CV-10582-TGB |

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is hereby **ORDERED** and **ADJUGED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: August 31, 2021.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE