UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VAN JENKINS**, <br><br> Plaintiff, <br><br> vs. <br><br> **KATHLEEN MUTSCHLER, et al**., <br><br> Defendants. | 2:21-CV-10582-TGB-RSW <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING U.S. MARSHAL TO SEIZE FINANCIAL RESPONSIBILITY BONDS** |

Van Jenkins, a Michigan prisoner, filed a civil rights complaint alleging multiple constitutional violations. ECF No. 1. Jenkins sought leave to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(a)(2). The Court denied Jenkins leave to do so because his litigation history placed him within the three-strikes provision of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), and he did not allege facts showing he is under imminent danger of serious physical injury. ECF No. 10. The complaint was dismissed without prejudice to the filing of a new complaint with full payment of the filing fee. Now before the Court is Jenkins' motion for an order directing the U.S. Marshal to seize financial responsibility bonds to pay court costs. ECF No. 13.

Jenkins asks the Court to order the seizure of financial

responsibility bonds from a loan officer at the University of Michigan Credit Union because the credit union forfeited his automobile loan account. He claims that seizure of these funds will allow him to pay the full filing fee in this action. But Plaintiff Jenkins cites no authority that would support the Court issuing such a seizure order. Whatever financial dispute may exist between Jenkins and the credit union, it is unrelated to the now-dismissed complaint, there is no provision under the PLRA for collection of fees in this manner, and Jackson has not shown entitlement to these funds.

For these reasons, Jenkins' Motion for Order Directing U.S. Marshal to Seize Financial Responsibility Bonds (ECF No. 13) is **DENIED**.

**IT IS SO ORDERED**, this 21st day of April, 2022.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE